**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JENNIFER L. GESUALE, : No. 36 WAL 2022
: 
Petitioner : 
: 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. : 
: 
: 
EUGENE P. GESUALE, : 
: 
Respondent : 

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.